**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 00-6922

ROBERT T. WEIDOW, Reverend, Dr.,

Plaintiff - Appellant,

versus

RICHLAND COUNTY DETENTION CENTER; JOSEPH R.
BOCHENEK, Colonel, CJM; RONALDO D. MYERS,
Assistant Director,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Columbia. Dennis W. Shedd, District Judge.
(CA-00-858-3)

Submitted: September 29, 2000     Decided: October 11, 2000

Before NIEMEYER and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Dismissed by unpublished per curiam opinion.

Robert T. Weidow, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Robert T. Weidow appeals the district court's order dismissing without prejudice his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint. A dismissal without prejudice is not reviewable by the court unless the reasons stated for the dismissal clearly disclose that no amendment to the complaint could cure its defects. See Domino Sugar Corp. v. Sugar Workers Local Union 392, 10 F.3d 1064, 1066-67 (4th Cir. 1993). In the present case, the district court properly found that Weidow failed to allege facts establishing federal subject matter jurisdiction. Because Weidow could possibly cure these defects by amending his complaint, we dismiss this appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2